IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FIREBIRD MANAGEMENT CO. INC d/b/a
ZIA MATERIALS, INC.,

      Plaintiff,

v.                                         No. 1:25-cv-00805-KG-JMR

BEACON SALES ACQUISITION, INC.,

      Defendant.

## ORDER

THIS MATTER is before the Court on the Motion to Consolidate filed by Firebird Management Co. Inc. d/b/a Zia Materials, Inc. to consolidate all pretrial proceedings and trial in the above captioned matter with the later-filed action, *Beacon Sales Acquisition, Inc. v. Anthony M. Bell*, No. 1:25-cv-00807-MIS-GJF. (Doc 10). Beacon Sales Acquisition, Inc. and Anthony Bell consent to the consolidation. (Doc. 16).

IT IS THEREFORE ORDERED that the Motion to Consolidate is GRANTED and that the two actions shall be consolidated for all purposes under docket number 1:25-cv-00805-KG-JMR. This Order shall be docketed under both docket numbers.

IT IS SO ORDERED.

                                              /s/_____
                                              KENNETH J. GONZALES[1]
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.