**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FIREBIRD MANAGEMENT CO. INC. d/b/a
ZIA MATERIALS, INC.,

Plaintiff,

v.

BEACON SALES ACQUISITION, INC.,

Defendant/Plaintiff,

v.

ANTHONY M. BELL,

Defendant.

No. 1:25-cv-00805-KG-JMR

Consolidated with
No. 1:25-cv-00807-KG-JMR

**ORDER GRANTING LEAVE TO FILE OUT OF TIME AND**
**DISMISSING CONSOLIDATED ACTIONS WITH PREJUDICE**

THIS MATTER comes before the Court on the Parties' Joint and Agreed Motion to Dismiss With Prejudice and for Leave to File Out of Time (Doc. 29) (the "Motion"). Having reviewed the Motion, the record, and the applicable law, and being fully advised, the Court finds the Motion well taken.

**IT IS THEREFORE ORDERED** that:

1. The Parties have established excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B). The deadline stated in Paragraph 6 of the Stipulated Injunction is extended through the filing date of the Motion, and the request for leave to file out of time is **GRANTED**.

2. The Motion is **GRANTED**.

3. All claims asserted by Firebird Management Co. Inc. d/b/a Zia Materials, Inc. against Beacon Sales Acquisition, Inc. in lead Case No. 1:25-cv-00805-KG-JMR are **DISMISSED WITH PREJUDICE**.

4. All claims asserted by Beacon Sales Acquisition, Inc. against Anthony M. Bell in consolidated Case No. 1:25-cv-00807-KG-JMR are **DISMISSED WITH PREJUDICE**.

5. To the extent any other claim by any Party against any other Party remains pending in either consolidated action, that claim is **DISMISSED WITH PREJUDICE**. This dismissal operates as a final adjudication on the merits of all claims dismissed by this Order.

6. All pending motions in the consolidated actions are **DENIED AS MOOT**.

7. The Stipulated Injunction entered December 18, 2025 (Doc. 26) is not dissolved, vacated, superseded, or limited by this Order and remains effective according to its terms, including the continuing obligations stated in Paragraph 3.

8. The Clerk is directed to close lead Case No. 1:25-cv-00805-KG-JMR and consolidated Case No. 1:25-cv-00807-KG-JMR.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**SUBMITTED AND APPROVED BY:**

***/s/ Michael J. Fortunato via email on August 28, 2026.***
Michael J. Fortunato
*Counsel for Beacon Sales Acquisition, Inc. d/b/a QXO*

***/s/ Keith Mier***
Keith Mier
*Counsel for Anthony M. Bell and Firebird Management Co. Inc. d/b/a Zia Materials, Inc.*